JUSTICE APPLETON, specially concurring: While I agree with the result reached by the majority, I write separately to address the trial court’s possible confusion here as to whether an intervenor has standing to request attorney fees. As the majority finds, a finding with which I agree, fees for an intervenor are not recoverable under section 508(a) of the Dissolution Act (750 ILCS 5/508(a) (West 2006)). They may be, however, recoverable under section 508(b) of the Dissolution Act (750 ILCS 5/508(b) (West 2006)) if they are incurred to defend a pleading filed for an improper purpose. See In re Marriage of Pillot, 145 Ill. App. 3d 293, 495 N.E.2d 1247 (1986). No such improper purpose was found here.